IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
MAY 2 4 2017
DAVID CREWS, CLERK
BY_____
Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:17CR 061
18 U.S.C. § 922(g)(1)

NAKERA "Keith" HAMER

INDICTMENT

**The Grand Jury charges that:**

COUNT ONE

On or about April 19, 2017, in the Northern District of Mississippi, the defendant, Nakera HAMER (aka "Keith HAMER"), having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, the following firearms;

1. A Smith & Wesson M&P Shield .40 caliber semi-automatic pistol,

2. A Remington Model 7400 30-06 caliber rifle,

3. An H&R 1871 Pardner Pump, 12-gauge shotgun,

4. A Rossi Model M885 .38 special caliber revolver, and

5. A Remington Wingmaster 12 gauge shotgun,

in violation of Title 18, United States Code, Sections 922(g)(1).

_____
UNITED STATES ATTORNEY
acting

A TRUE BILL:

/s/redacted signature
FOREPERSON